# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREW QUINN,               )
                                   )
        *Plaintiff*,         )
                                   )
      v.              )      Civil Action No. 22-2524 (UNA)
                                   )
DEPARTMENT OF JUSTICE, *et al*.,   )
                                   )
        *Defendants*.    )

## MEMORANDUM OPINION

A "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Here, plaintiff purports to bring this action against the United States Department of Justice, Verizon and TMobile, which are responsible harassing plaintiff, invading his privacy, and falsely imprisoning him, and for these alleged harms, plaintiff demands an award of $20 million. *See* Compl. at 4. Missing from the complaint, however, are factual allegations of any kind. Plaintiff does not state when, where, or how defendants brought about the harms alleged, and without factual allegations the complaint utterly fails to state a plausible legal claim.

The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint and this civil action without prejudice. A separate order of dismissal accompanies this Memorandum Opinion.

DATE: September 29, 2022

                                   _____
                                   JIA M. COBB
                                   United States District Judge